AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MELODIE SHULER,

Petitioner,

v.

SHERIFF WILLIAM BOWMAN,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-140

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's November 2, 2022 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Petitioner's 28 U.S.C. § 2241 Petition is dismissed. No Certificate of Appealability should issue, and in forma pauperis status on appeal is denied. This case stands closed.

Approved by: _____

November 7, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020